# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

JEREMIAH E. BROWN,

    **Plaintiff,**

    v.                                            CASE NO. 18-3266-SAC

THOMAS QUINTANA, and
JONTHAN D. LOGAN,

    **Defendants.**

## MEMORANDUM AND ORDER

This matter is before the Court on a civil rights complaint filed under 28 U.S.C. § 1331 by a prisoner. Plaintiff has filed motions for leave to proceed in forma pauperis. Plaintiff is incarcerated at the Morgan County Adult Detention Center in Versailles, MO.

The complaint identifies the defendants as: Thomas Quintana, Columbia, Missouri Police Officer; and Jonathan D. Logan, Columbia, Missouri Task Force Officer. (Doc. 1.) The complaint alleges that Plaintiff was falsely arrested for an incident that occurred on March 20, 2017, and was falsely imprisoned for about thirteen months before his case was dismissed.

Under 28 U.S.C. § 1391(b):

> A civil action may be brought in –
>
> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated . . .

28 U.S.C. § 1391(b)(1)–(2).

Accordingly, venue is proper in Missouri under 28 U.S.C. § 1391(b). The Court directs the Clerk of the Court to transfer this matter to the United States District Court for the Western District of Missouri.

**IT IS THEREFORE ORDERED BY THE COURT** that the Clerk of Court shall transfer this action to the United States District Court for the Western District of Missouri.

**IT IS SO ORDERED**.

**Dated in Topeka, Kansas, on this 6th day of November, 2018.**

    **s/ Sam A. Crow**
    **SAM A. CROW**
    **Senior U. S. District Judge**